090156466

IN THE COURT OF COMMON PLEAS
OF LACKAWANNA COUNTY, PENNSYLVANIA
CIVIL ACTION-LAW

MARY G. RINALDI
LACKAWANNA COUNTY
2011 SEP 29 P 1: 17
CLERK OF JUDICIAL
RECORDS CIVIL DIVISION

| | | |
|---|---|---|
| Thomas Vlachos | : | |
| RR 4, Box 180-A | : | |
| Montrose, PA 19343 | : | 2011 CV 5697 |
| Vs.      Plaintiff | : | |
| Credit First NA | : | |
| 6275 Eastland Road | : | |
| Brook Park, OH 44142 | : | |
| and | : | |
| John Does 1-10 | : | Jury Trial Demanded |
| and | : | |
| XYZ Corporations | : | |
|      Defendant(s) | : | |

## NOTICE TO DEFEND

You have been sued in Court. If you wish to defend against the claims set forth in the following

pages, you must take action within twenty (20) days after this Complaint and Notice are served

by entering a written appearance personally or by attorney and filing in writing with the Court

your defenses or objections to the g claims set forth against you. You are warned that if you fail

to do so the case may proceed without you and a judgment may be entered against you by the

Court without further notice to you for any money claimed in the Complaint or for any other

claim or relief requested by Plaintiff(s). You may lose money or property or other rights

important to you.

       YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO

NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE

OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP:

Lackawanna Pro Bono, Inc.
321 Spruce Street
Scranton, PA 18503
570-961-2714

North Penn Legal Services
507 Linden Street, Suite 300
Scranton, PA 18503
Phone: (570) 342-0184 (800) 982-4387
Fax: (570) 342-4301

IN THE COURT OF COMMON PLEAS
OF LACKAWANNA COUNTY, PENNSYLVANIA
CIVIL ACTION-LAW

Thomas Vlachos                              :
RR4, Box 180-A                              :
Montrose, PA 19343                          :
                         Plaintiff(s)       :        2011 CV 5697
                                            :
Vs.                                         :
Credit First NA                             :
6275 Eastland Road                          :
Brook Park, OH 44142                        :
and                                         :
John Does 1-10                              :        Jury Trial Demanded
and                                         :
XYZ Corporations                            :
                         Defendant(s)       :


## COMPLAINT

1.     This is an action brought by a consumer for Defendant(s) alleged violations of the

       Fair Credit Reporting Act (FCRA), 15 USC 1681 et. Seq.


2.     Plaintiff is Thomas Vlachos, an adult individual whose principle residence is located

       at RR4, Box 180-A, Montrose, PA  19343.


3.     Defendant(s) are the following.


       a.   Credit First NA, 6275 Eastland Road, Brook Park, OH 44142.


       b.   X,Y,Z Corporations, business identities whose identities are not known to

            Plaintiff at this time, but which will become known upon proper discovery.  It is

            believed and averred that such entities played a substantial role in the commission

            of the acts described in this complaint.

## JURISDICTION AND VENUE

4.    The previous paragraphs of this complaint are incorporated by reference and All previous paragraphs of this complaint are incorporated by reference and made a part of this complaint

5.    Defendant(s) regularly transact(s) business throughout the Commonwealth of Pennsylvania, and in this jurisdiction.

6.    Defendant obtains the benefit(s) of regularly transacting business in this jurisdiction.

7.    A similar case with an almost identical fact pattern has been brought in this jurisdiction, Nicholas Linko v. Credit First, so that the convenience of the parties and witness location are appropriate for this jurisdiction.

**COUNT ONE:  VIOLATION OF THE FAIR CREDIT REPORTING ACT,
15 USC 1681 s-2 et seq.; Specifically 15 USC 1681 s-2 (b) et. seq.**

8.      The previous paragraphs of this complaint are incorporated by reference and made a

part hereof.

9.      Plaintiff is a "consumer," as codified at 15 U.S.C. § 1681a(c).

10.     Defendant is  an entity who, regularly and in the course of business, furnishes

information to one or more credit reporting agencies about Defendants(s) transactions

or experiences with any consumer and Defendant is a "furnisher," as codified at 15

U.S.C. § 1681s-2.

11.     Defendant furnished certain derogatory information about Plaintiff's consumer

account to one or more of the relevant credit reporting agencies as defined by FCRA.

12.     Plaintiff disputed the alleged account(s) in writing with Defendant(s) in writing for a

number of meritorious reasons.  Plaintiff's dispute called into question issues

including but not limited to the following.

   a.     The amount of the alleged high balance for the account.
   b.     Interest.
   c.     Finance charges
   d.     Other fees
   e.     The existence or non-existence of a contract which justified the alleged
   high balance, interest, finance charges and other fees.

13.     Plaintiff's disputes with Defendant were in writing.  See attached exhibits.

14.  Plaintiff did not dispute the existence of the account, nor did Plaintiff dispute that Plaintiff was the person to whom such account belonged.  But rather, Plaintiff disputed the amount of the balance, interest, finance charges and other fees.  See attached exhibits.

15.  Plaintiff's disputes with Defendant were bona fide legitimate disputes.

16.  Defendant(s) received Plaintiff's disputes concerning the alleged account(s).  See attached exhibits.

17.  Defendant(s) chose to disregard Plaintiff's disputes, and allowed the information pertaining to the disputed account to remain virtually the same on Plaintiff's credit report.

18.  Plaintiff then disputed the alleged account(s) in writing with relevant credit bureaus. See attached exhibits.

19.  One or more of the relevant credit reporting agency(ies) then conducted an investigation where Defendant was contacted.  See attached exhibits.

20.  Defendant verified the alleged account(s) with one or more of the credit reporting agency(ies). See attached exhibits.

21.     At the time that Defendant(s) verified the alleged account(s) with the credit reporting agency(ies), Defendant failed to state that the account(s) had been previously disputed by Plaintiff.  See attached exhibits.

22.     The Pursuant to 15 USC 1861 s-2, Defendant(s) had a duty to notify the relevant credit reporting agency(ies) of Plaintiff's prior dispute of the account(s).

23.     The Pursuant to 15 USC 1861 s-2, at the time that Defendant(s) verified the information to the credit reporting agency(ies), Defendant(s) had a duty to report to the credit reporting agency(ies) that the account(s) in question had been previously disputed by Plaintiff.

24.     At the time that Defendant(s) verified the information to the credit reporting agency(ies), Defendant failed to inform the relevant credit reporting agency(ies) that the account had been disputed by Plaintiff.

25.     Defendant failed to fulfill it's duties prescribed by 15 USC 1681 s-2 to inform the credit reporting agency(ies) that Plaintiff had previously disputed the account(s).  See attached exhibits.

26.     Defendant(s) deprived Plaintiff of Plaintiff's right to have the disputed status of the account(s) included on Plaintiff's credit report.

27.   Defendant(s) failure to notify the relevant credit reporting agency(ies) of Plaintiff's legitimate, bona fide and meritorious disputes was misleading in such a way that such failure can be expected to influence any potential creditor or employer who would happen to review Plaintiff's credit report.  See Saunders v. Branch Banking and Trust Company of Virginia, 526 F 3d 142, 151 (4th Cir. 2008).

28.   Defendant(s) failure to notify the relevant credit reporting agency(ies) of Plaintiff's disputes fosters a presumption of validity to potential creditors or employers.

29.   The inclusion of the fact that the account(s) had previously been disputed by Plaintiff would likely help to negate such a presumption.

30.   Any potential creditor or may well be curious as to why Plaintiff did not pay on the account.  A potential creditor or employer may be influenced to learn that the non-paid account was in dispute, thereby possibly warranting Plaintiff's non-payment of the account.

31.   Defendant(s) failure to notify the relevant credit reporting agency(ies) of Plaintiff's Legitimate, meritorious and bona fide dispute(s) is misleading in such a way that such failure can be expected to have an adverse affect.  See Saunders v. Branch Banking and Trust Company of Virginia, 526 F 3d 142, 151 (4th Cir. 2008).

32.   Upon information and belief, it is averred that Defendant has a standard practice policy which contradicts it's duties pursuant to 15 USC 1681 s-2.

33.   It is believed and averred that Defendant's failure to comply with 15 USC 1681 s-2 was intentional.

34.   In the alternative, it is believed and averred that Defendant's failure to comply with 15 USC 1681 s-2 was based on reckless indifference to the possibility that Plaintiff may well have been correct in disputing certain aspects of the account information contained on his credit report.

35.   In the alternative, it is believed and averred that Defendant's failure to comply with 15 USC 1681 s-2 was based on negligent indifference to the possibility that Plaintiff may well have been correct in disputing certain aspects of the account information contained on his credit report.

36.   In the alternative, it is believed and averred that Defendant's failure to comply with 15 USC 1681 s-2 was based on reckless indifference to Defendant(s) duties under 15 USC 1681 s-2.

37.   In the alternative, it is believed and averred that Defendant's failure to comply with 15 USC 1681 s-2 was based on negligent indifference to Defendant(s) duties under 15 USC 1681 s-2.

## PRIVATE CAUSE OF ACTION

38.   The previous paragraphs of this complaint are incorporated by reference.

39.   Plaintiff brings this action under 15 USC 1681 s-2(b), as distinguished from 15 USC 1681s-2(a).

40.   There is no private cause of action under 15 USC 1681s-2(a).  Only the government can bring a cause of action under 15 USC 11681 s-2(a).  For example, the Attorney General could bring a claim on behalf of consumers under 15 USC 1681s-2(a).

41.   But there is a private cause of action under 15 USC 1681s-2(b).  See the following case law which distinguishes between the government right of action under 15 USC 1681s-2(a), and the private cause of action under 15 USC 1681s-2(b).

>   Marshall v. Swift River Academy, LLC, 2009 WL 1112768 (9th Cir. 2009).
>   A consumer has no private right of action under FCRA against furnisher merely because the furnisher failed to provide accurate information to consumer reporting agencies.

Beisel v. ABN Ambro Mortgage, Inc., No. 07-2219, 2007
WL2332494, *1 (E.D. Pa. Aug. 10, 2007).
In order to prevail on a FCRA claim Plaintiff "must prove
[he] notified a credit reporting agency of the dispute, the
credit reporting agency then notified the furnisher of
information, and the furnisher of information failed to
investigate or rectify the disputed charge.").

Catanzaro v. Experian Information Solutions, Inc., 671 F.
Supp.2d 256, 260 (D. Mass. 2009).
Notification by a consumer reporting agency to the
furnisher is a prerequisite for furnisher liability under
FCRA.

Kaetz v. Chase Manhattan Bank, 2007 WL 1343700, *3
(M.D. Pa. 2006). The Court dismissed Plaintiff's
Complaint, but only because Plaintiff failed to allege that
he disputed the accuracy of the debt to a credit agency, or
that the credit agency thereafter reported dispute to
defendant.

42.     Because Plaintiff first disputed the account(s) with Defendant(s), and then disputed

the account with the credit reporting agency afterwards, and then Defendant verified

the derogatory information to the Credit Reporting Agency without stating that the

account was in a "disputed" status, Plaintiff does have a private cause of action

against Defendant under these particular circumstances.

## LIABILITY

43.    The previous paragraphs of this complaint are incorporated by reference and made a
       part hereof .

44.    At all times various employees and / or agents of Defendant were acting as agents of
       Defendant, and therefore Defendant is liable to for the acts committed by its agents
       and / or employees under the doctrine of respondeat superior.

45.    At all times various employees and / or agents of Defendant were acting as agents of
       Defendant, and therefore Defendant is liable to Plaintiff for the acts committed by its
       agents and / or employees under the theory of joint and several liability because
       Defendant and its agents were engaged in a common business venture and were
       acting jointly and in concert.

## DAMAGES

46.     The preceding paragraphs are incorporated by reference and made a part hereof.

47.     Plaintiff's actual damages are $1.00 more or less, including but not limited to postage, phone calls, fax, gas, mileage, etc.

48.     Plaintiff believes and avers that Plaintiff is entitled to $1,000.00 statutory damages under 15 USC 1681 et. seq.

49.     Plaintiff suffered emotional distress, anger and frustration as a result fo Defendant(s) unlawful conduct, with a Dollar value to be proven at trial.

**ATTORNEY FEES**

50.    The previous paragraphs of this complaint are incorporated by reference and made a

part of this Complaint.


51.    Plaintiff believes and avers that Plaintiff is entitled to reasonable attorney fees of

$1.575.00  at a rate of $350.00 per hour, described below.

     a.   Consultation with client and review of file.
     Drafting of disputes.                      2 hour

     b.   Drafting , editing, review and filing
     of compliant and  related documents       .5

     c.   Follow up correspondence with Defense   2


                        Total = 4.5     $1,575.00

52.    Plaintiff's attorney fees continue to accrue as the case moves forward.


**OTHER RELIEF**

53.    The previous paragraphs of this Complaint are incorporated by reference.


**54.**    Plaintiff requests an order from this honorable court directing Defendant to report

Plaintiff's account(s)(s) referred to in the attached exhibits as "disputed," in

accordance with 15 USC 1681 s-2, or not to report the account(s) at all.

55.    The previous paragraphs of this Complaint are incorporated by reference.

56.    Plaintiff requests and demands a jury trial in this matter.

57.    Plaintiff requests such other relief as this court may deem just and proper.

Wherefore, Plaintiff demands judgment against Defendant(s) in the amount of $2,576.00 enumerated as follows.

$1.00 actual damages
$1,000.00 statutory damages,
$1,575 attorney fees

_____

        $2,576

Wherefore, Plaintiff seeks declarative relief and in injunction requiring Defendant to comply with 15 USC 1681 s-2. Plaintiff seeks such other relief as this Court deems fair and just.

*Vili Piontk*        9.19.2011

Vicki Piontek, Esquire            Date
Attorney for Plaintiff
951 Allentown Road
Lansdale, PA  19446
877-737-8617
Fax:  866-408-6735
palaw@justice.com

# EXHIBITS

**Thomas Vlachos**

**RR 4, Box 180-A**
**Montrose, PA  18801**



U.S. Postal Service
CERTIFIED MAIL · RECEIPT
(Domestic Mail Only · No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees $
Postmark
Here

Sent To    credit First N.A. FireStone
Street, Apt. No.;
or PO Box No.  P.O. Box 81315
City, State, ZIP+4  Cleveland, OH 44181

PS Form 3800, August 2006             See Reverse for Instructions

Credit First NA / Firestone
P.O. Box 81315
Cleveland, OH  44181

By Certified U.S. Mail

**Re:   DISPUTE**
**Thomas Vlachos   SSN:** ⬛⬛⬛⬛⬛
**Account Number 69015****
**Alleged Balance $1,653**

To Whom it May Concern:

Your company has placed derogatory information on my credit report for the above referenced account.

The balance that your company claims against me is comprised largely of interest, finance charges, penalties or other fees not justified by any existing contract.

The amount stated on my credit report is excessive and inflated.  I request proof of the contract justifying such charges.  I also would like proof of the balance and a breakdown of all charges.

I have never been provided a copy of the contract which proves the interest rate, finance charges, late fees and other penalties.  I dispute such amounts and believe that the actual balance, if any, is much lower than the amount stated on my credit report.

Sincerely,

Thomas Vlachos                    9/7/10
Thomas Vlachos          Date



BK-13/Credit Operations • P.O. BOX 818011 • CLEVELAND, OHIO  44181-8011 • FAX 216 362•5595

September 15, 2010

Thomas Vlachos
RR 4 Box 180-A
Montrose PA 18801

Re: Credit First NA, Firestone Store Account# 690156466

Dear customer:

This is response to your recent inquiry.

We have reported this account to the credit bureaus as an un-paid charged off account as of 8/15/2009 with an outstanding balance of $1653.65

Per your request, enclosed is an itemized history which shows all transactions on your account.

| | |
|---|---|
| FC | Monthly finance |
| P/A | Monthly payment amount |
| P/D | Past due amount |
| 90DS | Purchase |
| Balance | Balance of that month's statement |
| Cash | Payment or credit |
| LPF | Late payment fee |
| STMT | Monthly billing date |
| COFF | Charge off |

If you have any further questions, or would like to discuss payment arrangements, please contact us at the toll free number below.

Sincerely,

Melissa Hayner
Account Specialist
Agency & Supporting Services/BK13
Phone: (877) 888-0844 Ext. 5585

```
09/23/2010  12:12   5702786027                VIG FINANCIAL              PAGE  06
028223-690156466  3846                 ·CURRENT BALANCE        $.00
THOMAS     A  VLACHOS                  CHARGE OFF DATE 08/15/09 AMT   $1,653.65
**JK RR 4 BOX 180A                     REPOSSESSION DATE 0     AMT      $.00
MONTROSE     ,PA 18801   TEL              F/C AMT    $173.62
DT OPEN 07/08/97 ACCT AGE 143  C/L DT 08/15/09 AMT      $.00  P/H X65432100000
REPORT X  HI CREDIT $1,600.00      CYCLE DATE  15   INS           000000000100
```

| TYPE | DATE | STORE D | TICKET | AMOUNT | C/C | P/A | P/D | BALANCE |
|------|------|---------|--------|--------|-----|-----|------|---------|
| | | | | | $.00 | $66.00 | $.00 | $.00 |
| COFF | 08/15/09 | | | | $.00 | $66.00 | $569.00 | $1653.65 |
| STMT | 07/15/09 | | | | $30.01 | $101.00 | $468.00 | $1653.65 |
| STMT | 06/15/09 | | | | | | | |
| SALE | 06/12/09 | 005665 | 0777777 | $35.00 | $29.28 | $99.00 | $369.00 | $1588.64 |
| STMT | 05/15/09 | | | | | | | |
| SALE | 05/12/09 | 005665 | 0777777 | $35.00 | $28.51 | $96.00 | $273.00 | $1524.36 |
| STMT | 04/15/09 | | | | | | | |
| SALE | 04/14/09 | 005665 | 0777777 | $35.00 | $24.48 | $93.00 | $180.00 | $1460.85 |
| STMT | 03/15/09 | | | | | | | |
| SALE | 03/12/09 | 005665 | 0777777 | $35.00 | $23.83 | $91.00 | $89.00 | $1401.37 |
| STMT | 02/15/09 | | | | | | | |
| SALE | 02/12/09 | 005665 | 0777777 | $35.00 | $37.51 | $89.00 | $.00 | $1342.54 |
| STMT | 01/15/09 | | | | | | | |
| SALE | 01/13/09 | 005665 | 0777777 | $35.00 | | | | |
| CASH | 01/13/09 | 028223 | 0962705 | $65.00- | $16.01 | $53.00 | $.00 | $1335.03 |
| STMT | 12/15/08 | | | | | | | |
| 90DS | 12/13/08 | 295779 9 | 0000010 | $243.78 | | | | |
| CASH | 12/11/08 | 028223 | ·0967026 | $50.00- | $16.62 | $45.00 | $.00 | $1125.24 |
| STMT | 11/15/08 | | | | | | | |
| CASH | 11/11/08 | 028223 | 0961235 | $50.00- | $17.16 | $46.00 | $.00 | $1158.62 |
| STMT | 10/15/08 | | | | | | | |
| CASH | 10/15/08 | 028223 | 0963914 | $40.00- | | | | |
| 90DS | 09/17/08 | 295779 9 | 0000010 | $237.39 | $17.28 | $38.00 | $.00 | $944.07 |
| STMT | 09/15/08 | | | | | | | |
| CASH | 09/11/08 | 028223 | 0964369 | $45.00- | $17.77 | $39.00 | $.00 | $971.79 |
| STMT | 08/15/08 | | | | | | | |
| CASH | 08/13/08 | 028223 | 0963441 | $45.00- | $18.31 | $40.00 | $.00 | $999.02 |
| STMT | 07/15/08 | | | | | | | |
| CASH | 07/15/08 | 028223 | 0968215 | $45.00- | $18.69 | $41.00· | $.00 | $1025.71 |
| STMT | 06/15/08 | | | | | | | |
| CASH | 06/11/08 | 028223 | 0964858 | $45.00- | | | | |
| 90DS | 05/28/08 | 295779 9 | 0000010 | $18.07 | $19.21 | $41.00 | $.00 | $1033.95 |
| STMT | 05/15/08 | | | | | | | |
| CASH | 05/13/08 | 028223 | 0962467 | $45.00- | $31.03 | $42.00 | $.00 | $1059.74 |
| STMT | 04/15/08 | | | | | | | |
| CASH | 04/12/08 | 028223 | 0964099 | $50.00- | $16.21 | $43.00 | $.00 | $1078.71 |
| STMT | 03/15/08 | | | | | | | |
| CASH | 03/11/08 | 028223 | 0965144 | $50.00- | $16.91 | $45.00 | $.00 | $1112.50 |
| STMT | 02/15/08 | | | | | | | |
| CASH | 02/09/08 | 028223 | 0969758 | $60.00- | $17.35 | $46.00 | $.00 | $1155.59 |
| STMT | 01/15/08 | | | | | | | |
| CASH | 01/12/08 | 028223 | 0969670 | $40.00- | | | | |
| 90DS | 12/17/07 | 019674 9 | 0082631 | $213.12 | $18.27 | $39.00 | $.00 | $965.12 |
| STMT | 12/15/07 | | | | | | | |
| CASH | 12/11/07 | 028223 | 0962183 | $70.00- | | | | |
| CASH | 11/20/07 | 028223 | 0966969 | $50.00- | $18.00 | $76.00 | $41.00 | $1066.85 |
| STMT | 11/15/07 | | | | | | | |
| LPF | 11/15/07 | 005665 ☐ | 0777777 | $33.00 | $18.76 | $41.00 | $.00 | $1015.85 |
| STMT | 10/15/07 | | | | | | | |
| CASH | 10/11/07 | 028223 | 0963038 | $50.00- | | | | |
| 90DS | 09/20/07 | 295779 9 | 0000010 | $7.94 | $37.82 | $42.00 | $.00 | $1039.15 |
| STMT | 09/15/07 | | | | | | | |
| CASH | 09/11/07 | 028223 | 0960845 | $50.00- | $11.52 | $42.00 | $.00 | $1051.33 |
| STMT | 08/15/07 | | | | | | | |
| CASH | 08/11/07 | 028223 | 0964281 | $83.00- | $11.56 | $78.00 | $5.00 | $1122.81 |
| STMT | 07/15/07 | | | | | | | |
| LPF | 07/15/07 | 005665 | 0777777 | $33.00 | | | | |

```
028223-690156466  3846              CURRENT BALANCE  $1,122.81
THOMAS      A  VLACHOS               CHARGE OFF DATE              AMT        $.00
PO BOX 136                           REPOSSESSION DATE 0          AMT        $.00
SPRINGVILLE ,PA  18844    TEL ▮▮▮▮▮▮▮      F/C AMT      $91.41
DT OPEN 07/08/97 ACCT AGE 119  C/L DT 03/05/07  AMT  $1200.00  P/H 100000000001
REPORT W  HI CREDIT $1,100.00   CYCLE DATE  15   INS                000000000000
```

| TYPE | DATE | STORE | D | TICKET | AMOUNT | C/C | P/A | P/D | BALANCE |
|------|------|-------|---|--------|--------|-----|-----|-----|---------|
| STMT | 07/15/07 | | | | | $11.56 | $78.00 | $5.00 | $1122.81 |
| LPF | 07/15/07 | 005665 | | 0777777 | $33.00 | | | | |
| CASH | 07/11/07 | 028223 | | 0964217 | $40.00- | | | | |
| STMT | 06/15/07 | | | | | $11.83 | $45.00 | $.00 | $1118.25 |
| 90DS | 06/11/07 | 295779 | 9 | 0000010 | $451.04 | | | | |
| CASH | 06/09/07 | 028223 | | 0965087 | $26.00- | | | | |
| 90DS | 06/05/07 | 295779 | 9 | 0000010 | $25.39 | | | | |
| STMT | 05/15/07 | | | | | $12.14 | $26.00 | $.00 | $655.99 |
| CASH | 05/09/07 | 028223 | | 0016111 | $30.00- | | | | |
| STMT | 04/15/07 | | | | | $12.49 | $27.00 | $.00 | $673.85 |
| CASH | 04/11/07 | 028223 | | 0091024 | $30.00- | | | | |
| STMT | 03/15/07 | | | | | $12.76 | $28.00 | $.00 | $691.36 |
| CASH | 03/09/07 | 028223 | | 0043220 | $30.00- | | | | |
| STMT | 02/15/07 | | | | | $20.50 | $28.00 | $.00 | $708.60 |
| CASH | 02/10/07 | 028223 | | 0006123 | $40.00- | | | | |
| STMT | 01/15/07 | | | | | $10.13 | $29.00 | $.00 | $728.10 |
| CASH | 01/10/07 | 028223 | | 0059724 | $40.00- | | | | |
| STMT | 12/15/06 | | | | | $10.86 | $30.00 | $.00 | $757.97 |
| CASH | 12/12/06 | 028223 | | 0032546 | $50.00- | | | | |
| STMT | 11/15/06 | | | | | $11.37 | $32.00 | $.00 | $797.11 |
| 90DS | 11/13/06 | 295779 | 9 | 0000010 | $193.53 | | | | |
| CASH | 11/10/06 | 028223 | | 0095861 | $40.00- | | | | |
| STMT | 10/15/06 | | | | | $12.05 | $25.00 | $.00 | $632.21 |
| CASH | 10/11/06 | 028223 | | 0067779 | $50.00- | | | | |
| STMT | 09/15/06 | | | | | $39.33 | $27.00 | $.00 | $670.16 |
| CASH | 08/23/06 | 028223 | | 0067940 | $92.00- | | | | |
| SALE | 08/21/06 | 646229 | | 0063594 | $33.00- | | | | |
| STMT | 08/15/06 | | | | | $2.22 | $63.00 | $29.00 | $755.83 |
| LPF | 08/15/06 | 005665 | ▯ | 0777777 | $33.00 | | | | |
| CASH | 08/11/06 | 646229 | 4 | 0017133 | $50.00 | | | | |
| CASH | 08/09/06 | 028223 | | 0007410 | $50.00- | | | | |
| STMT | 07/15/06 | | | | | $2.33 | $29.00 | $.00 | $720.61 |
| STMT | 06/15/06 | | | | | $2.90 | $29.00 | $.00 | $718.28 |
| CASH | 06/09/06 | 019003 | | 0557961 | $40.00- | | | | |
| 90DS | 06/06/06 | 295779 | 9 | 0000010 | $88.62 | | | | |
| 90DS | 05/30/06 | 295779 | 9 | 0000010 | $498.55 | | | | |
| STMT | 05/15/06 | | | | | $3.53 | $10.00 | $.00 | $168.21 |
| CASH | 05/08/06 | 019003 | | 0126885 | $40.00- | | | | |
| STMT | 04/15/06 | | | | | $4.19 | $10.00 | $.00 | $204.68 |
| CASH | 04/08/06 | 019003 | | 0174135 | $40.00- | | | | |
| STMT | 03/15/06 | | | | | $4.86 | $10.00 | $.00 | $240.49 |
| CASH | 03/10/06 | 019003 | | 0372166 | $40.00- | | | | |
| STMT | 02/15/06 | | | | | $5.32 | $11.00 | $.00 | $275.63 |
| CASH | 02/02/06 | 019003 | | 0424794 | $40.00- | | | | |
| STMT | 01/15/06 | | | | | $6.01 | $12.00 | $.00 | $310.31 |
| CASH | 01/12/06 | 019003 | | 0109817 | $30.00- | | | | |
| STMT | 12/15/05 | | | | | $6.49 | $13.00 | $.00 | $334.30 |
| CASH | 12/16/05 | 019003 | | 0477518 | $30.00- | | | | |

09/23/2010  12:12   5702786027                     VIG FINANCIAL                          PAGE  08

| TYPE | DATE | STORE D | TICKET | AMOUNT | C/C | P/A | P/D | BALANCE |
|------|------|---------|--------|--------|-----|-----|-----|---------|
| | | | | | $6.81 | $14.00 | $.00 | $357.81 |
| STMT | 11/15/05 | | | | | | | |
| CASH | 11/09/05 | 019003 | 0430913 | $30.00- | $7.26 | $15.00 | $.00 | $381.00 |
| STMT | 10/15/05 | | | | | | | |
| CASH | 10/11/05 | 019003 | 0408734 | $30.00- | $7.59 | $16.00 | $.00 | $403.74 |
| STMT | 09/15/05 | | | | | | | |
| CASH | 09/09/05 | 019003 | 0449776 | $27.00- | $7.91 | $17.00 | $.00 | $423.15 |
| STMT | 08/15/05 | | | | | | | |
| CASH | 08/09/05 | 019003 | 0275865 | $25.00- | $8.24 | $18.00 | $.00 | $440.24 |
| STMT | 07/15/05 | | | | | | | |
| CASH | 07/11/05 | 019003 | 0548961 | $25.00- | $8.41 | $18.00 | $.00 | $457.00 |
| STMT | 06/15/05 | | | | | | | $467.59 |
| CASH | 06/07/05 | 019003 | 0492735 | $19.00- | $8.20 | $19.00 | $.00 | $459.39 |
| STMT | 05/15/05 | | | | $8.72 | $18.00 | $.00 | |
| STMT | 04/15/05 | | | | | | | |
| CASH | 04/07/05 | 019003 | 0532112 | $40.00- | $9.21 | $20.00 | $.00 | $490.67 |
| STMT | 03/15/05 | | | | | | | |
| CASH | 03/11/05 | 019003 | 0441210 | $30.00- | $9.57 | $20.00 | $.00 | $511.46 |
| STMT | 02/15/05 | | | | | | | |
| CASH | 02/09/05 | 019003 | 0109192 | $31.00- | $9.99 | $21.00 | $.00 | $532.89 |
| STMT | 01/15/05 | | | | | | | |
| CASH | 01/12/05 | 019003 | 0402525 | $30.00- | $9.70 | $22.00 | $.00 | $552.90 |
| STMT | 12/15/04 | | | | $10.40 | $22.00 | $.00 | $543.20 |
| STMT | 11/15/04 | | | | | | | |
| CASH | 11/09/04 | 019003 | 0169558 | $50.00- | $11.25 | $23.00 | $.00 | $582.80 |
| STMT | 10/15/04 | | | | | | | |
| CASH | 10/14/04 | 019003 | 0354183 | $50.00- | $11.86 | $25.00 | $.00 | $621.55 |
| STMT | 09/15/04 | | | | | | | |
| CASH | 09/11/04 | 019003 | 0112450 | $50.00- | $12.51 | $26.00 | $.00 | $659.69 |
| STMT | 08/15/04 | | | | | | | |
| CASH | 08/10/04 | 019003 | 0169294 | $50.00- | $12.56 | $28.00 | $.00 | $697.18 |
| STMT | 07/15/04 | | | | | | | |
| CASH | 07/08/04 | 019003 | 0430896 | $50.00- | $13.04 | $29.00 | $.00 | $734.62 |
| STMT | 06/15/04 | | | | | | | |
| CASH | 06/08/04 | 019003 | 0234116 | $50.00- | $13.98 | $31.00 | $.00 | $771.58 |
| STMT | 05/15/04 | | | | | | | |
| CASH | 05/10/04 | 019003 | 0252444 | $66.00- | $14.69 | $33.00 | $.00 | $823.60 |
| STMT | 04/15/04 | | | | | | | |
| 90DS | 04/14/04 | 193470 9 | 0301350 | $42.29 | | | | |
| CASH | 04/10/04 | 019003 | 0565607 | $50.00- | $15.41 | $33.00 | $.00 | $816.62 |
| STMT | 03/15/04 | | | | | | | |
| CASH | 03/11/04 | 019003 | 0460631 | $55.00- | $25.47 | $34.00 | $.00 | $856.21 |
| STMT | 02/15/04 | | | | | | | |
| CASH | 02/13/04 | 019003 | 0101620 | $45.00- | $12.13 | $35.00 | $.00 | $875.74 |
| STMT | 01/15/04 | | | | | | | |
| CASH | 01/12/04 | 019003 | 0154614 | $50.00- | $12.65 | $37.00 | $.00 | $913.61 |
| STMT | 12/15/03 | | | | | | | |
| CASH | 12/10/03 | 019003 | 0393921 | $50.00- | $12.36 | $38.00 | $.00 | $950.96 |
| STMT | 11/15/03 | | | | | | | |
| 90DS | 11/10/03 | 193470 9 | 0235190 | $240.72 | | | | |
| CASH | 11/10/03 | 019003 | 0129712 | $30.00- | $17.80 | $29.00 | $.00 | $727.88 |
| STMT | 10/15/03 | | | | | | | |
| CASH | 10/10/03 | 019003 | 0266187 | $30.00- | | | | |

09/23/2010  12:12   5702786027                    VIG FINANCIAL                    PAGE  09

| TYPE | DATE | STORE D | TICKET | AMOUNT | C/C | P/A | P/D | BALANCE |
|------|------|---------|--------|--------|-----|-----|-----|---------|
| STMT | 09/15/03 | | | | $12.00 | $30.00 | $.00 | $740.08 |
| CASH | 09/09/03 | 019003 | 0224539 | $55.00- | | | | |
| STMT | 08/15/03 | | | | $12.99 | $31.00 | $.00 | $783.08 |
| CASH | 08/11/03 | 019003 | 0459162 | $50.00- | | | | |
| STMT | 07/15/03 | | | | $13.62 | $33.00 | $.00 | $820.09 |
| CASH | 07/10/03 | 019003 | 0599298 | $50.00- | | | | |
| 90DS | 06/24/03 | 193470 9 | 0001230 | $98.35 | | | | |
| STMT | 06/15/03 | | | | $34.20 | $30.00 | $.00 | $758.12 |
| CASH | 06/10/03 | 019003 | 0385006 | $50.00- | | | | |
| STMT | 05/15/03 | | | | $11.06 | $31.00 | $.00 | $773.92 |
| CASH | 05/07/03 | 019003 | 0406704 | $50.00- | | | | |
| STMT | 04/15/03 | | | | $11.83 | $33.00 | $.00 | $812.86 |
| CASH | 04/09/03 | 019003 | 0128622 | $50.00- | | | | |
| STMT | 03/15/03 | | | | $12.45 | $34.00 | $.00 | $851.03 |
| CASH | 03/08/03 | 019003 | 0360043 | $50.00- | | | | |
| STMT | 02/15/03 | | | | $13.09 | $36.00 | $.00 | $888.58 |
| CASH | 02/06/03 | 019003 | 0523165 | $50.00- | | | | |
| STMT | 01/15/03 | | | | $13.84 | $37.00 | $.00 | $925.49 |
| CASH | 01/09/03 | 019003 | 0317737 | $50.00- | | | | |
| STMT | 12/15/02 | | | | $14.54 | $38.00 | $.00 | $961.65 |
| CASH | 12/11/02 | 019003 | 0425221 | $50.00- | | | | |
| SALE | 11/20/02 | 193470 5 | 0012340 | $190.00 | | | | |
| STMT | 11/15/02 | | | | $15.06 | $32.00 | $.00 | $807.11 |
| CASH | 11/07/02 | 019003 | 0434918 | $50.00- | | | | |
| STMT | 10/15/02 | | | | $15.91 | $34.00 | $.00 | $842.05 |
| CASH | 10/10/02 | 019003 | 0536155 | $60.00- | | | | |
| STMT | 09/15/02 | | | | $16.56 | $35.00 | $.00 | $886.14 |
| CASH | 09/10/02 | 019003 | 0126071 | $50.00- | | | | |
| STMT | 08/15/02 | | | | $44.09 | $37.00 | $.00 | $919.58 |
| CASH | 08/09/02 | 019003 | 0326903 | $50.00- | | | | |
| STMT | 07/15/02 | | | | $11.61 | $37.00 | $.00 | $925.49 |
| CASH | 07/09/02 | 019003 | 0345310 | $60.00- | | | | |
| STMT | 06/15/02 | | | | $12.43 | $39.00 | $.00 | $973.88 |
| CASH | 06/12/02 | 019003 | 0174289 | $50.00- | | | | |
| STMT | 05/15/02 | | | | $13.07 | $40.00 | $.00 | $1011.45 |
| CASH | 05/11/02 | 019003 | 0420662 | $50.00- | | | | |
| 90DS | 05/09/02 | 019615 9 | 0026443 | $97.00 | | | | |
| STMT | 04/15/02 | | | | $13.56 | $38.00 | $.00 | $951.38 |
| CASH | 04/05/02 | 019003 | 0309782 | $50.00- | | | | |
| STMT | 03/15/02 | | | | $14.24 | $40.00 | $.00 | $987.82 |
| CASH | 03/07/02 | 019003 | 0467275 | $50.00- | | | | |
| STMT | 02/15/02 | | | | $14.76 | $41.00 | $.00 | $1023.58 |
| CASH | 02/06/02 | 019003 | 0552369 | $40.00- | | | | |
| SALE | 01/24/02 | 193470 5 | 0875460 | $225.00 | | | | |
| STMT | 01/15/02 | | | | $15.39 | $33.00 | $.00 | $823.82 |
| CASH | 01/08/02 | 019003 | 0422909 | $50.00- | | | | |
| STMT | 12/15/01 | | | | $15.97 | $34.00 | $.00 | $858.43 |
| CASH | 12/07/01 | 019003 | 0136832 | $50.00- | | | | |
| STMT | 11/15/01 | | | | $16.48 | $36.00 | $.00 | $892.46 |
| CASH | 11/08/01 | 019003 | 0148520 | $40.00- | | | | |
| STMT | 10/15/01 | | | | $17.12 | $37.00 | $.00 | $915.98 |
| CASH | 10/11/01 | 019003 | 0467735 | $50.00- | | | | |
| STMT | 09/15/01 | | | | $22.34 | $38.00 | $.00 | $948.86 |
| CASH | 09/07/01 | 019003 | 0338880 | $45.00- | | | | |
| STMT | 08/15/01 | | | | $16.04 | $39.00 | $.00 | $971.52 |

09/23/2010  12:12    5702786027              VIG FINANCIAL                    PAGE  10

028223-690156466   3846                    CURRENT BALANCE    $948.86
THOMAS        A  VLACHOS                    CHARGE OFF DATE              AMT      $.00
PO BOX 113                                 REPOSSESSION DATE 0           AMT      $.00
OLYPHANT      ,PA  18447   TEL ▓▓▓▓▓▓▓      F/C AMT   $168.79
DT OPEN 07/08/97 ACCT AGE  49   C/L DT 09/30/00  AMT  $1000.00    P/H 000000000000
REPORT W.  HI CREDIT $1,000.00   CYCLE DATE  15   INS              000000000000

| TYPE | DATE | STORE D | TICKET | AMOUNT | C/C | P/A | P/D | BALANCE |
|------|------|---------|--------|--------|-----|-----|-----|---------|
| STMT | 09/15/01 | | | | $22.34 | $38.00 | $.00 | $948.86 |
| CASH | 09/07/01 | 019003 | 0338880 | $45.00- | | | | |
| STMT | 08/15/01 | | | | $16.04 | $39.00 | $.00 | $971.52 |
| CASH | 08/10/01 | 019003 | 0561006 | $36.00- | | | | |
| STMT | 07/15/01 | | | | $16.45 | $36.00 | $.00 | $991.48 |
| CASH | 07/10/01 | 019003 | 0314494 | $40.00- | | | | |
| STMT | 06/15/01 | | | | $16.94 | $36.00 | $.00 | $1015.03 |
| CASH | 06/07/01 | 019003 | 0322658 | $50.00- | | | | |
| 90DS | 05/28/01 | 019615 9 | 0015175 | $103.00- | | | | |
| STMT | 05/15/01 | | | | $17.61 | $38.00 | $.00 | $945.09 |
| CASH | 05/10/01 | 019003 | 0355010 | $50.00- | | | | |
| STMT | 04/15/01 | | | | $23.25 | $39.00 | $.00 | $977.48 |
| CASH | 04/04/01 | 019003 | 0551135 | $50.00- | | | | |
| STMT | 03/15/01 | | | | $16.01 | $40.00 | $.00 | $1004.23 |
| CASH | 03/08/01 | 019003 | 0467208 | $50.00- | | | | |
| STMT | 02/15/01 | | | | $16.56 | $36.00 | $.00 | $1038.22 |
| CASH | 02/05/01 | 019003 | 0284385 | $50.00- | | | | |
| STMT | 01/15/01 | | | | $23.59 | $37.00 | $.00 | $1071.66 |
| 90DS | 01/15/01 | 019615 9 | 0010643 | $144.00 | | | | |
| STMT | 12/15/00 | | | | $14.22 | $36.00 | $.00 | $904.07 |
| CASH | 12/11/00 | 019003 | 0390312 | $50.00- | | | | |
| STMT | 11/15/00 | | | | $14.72 | $32.00 | $.00 | $939.85 |
| CASH | 11/06/00 | 019003 | 0570366 | $50.00- | | | | |
| STMT | 10/15/00 | | | | $14.99 | $33.00 | $.00 | $975.13 |
| CASH | 10/04/00 | 019003 | 0498498 | $50.00- | | | | |
| 90DS | 09/25/00 | 001120 9 | 0003276 | $150.31 | | | | |
| STMT | 09/15/00 | | | | $15.54 | $34.00 | $.00 | $859.83 |
| CASH | 09/08/00 | 019003 | 0323737 | $50.00- | | | | |
| STMT | 08/15/00 | | | | $15.21 | $35.00 | $.00 | $894.29 |
| STMT | 07/15/00 | | | | $15.88 | $34.00 | $.00 | $879.08 |
| CASH | 07/08/00 | 019003 | 0581576 | $50.00- | | | | |
| 90DS | 07/06/00 | 019674 9 | 0001669 | $27.31 | | | | |
| STMT | 06/15/00 | | | | $16.56 | $35.00 | $.00 | $885.89 |
| CASH | 06/10/00 | 019003 | 0522474 | $50.00- | | | | |
| STMT | 05/15/00 | | | | $17.09 | $37.00 | $.00 | $919.33 |
| CASH | 05/08/00 | 019003 | 0108249 | $50.00- | | | | |
| STMT | 04/15/00 | | | | $17.66 | $38.00 | $.00 | $952.24 |
| CASH | 04/07/00 | 019003 | 0002884 | $50.00- | | | | |

**Thomas Vlachos**
**RR 4, Box 180-A**
**Montrose, PA  18801**

Credit First NA / Firestone
P.O. Box 81315
Cleveland, OH 44181

*Credit First National Association*
*6275 Eastland Rd*
*Cleveland, OH 44142*

*BY CERTIFIED MAIL*

**Re:    DISPUTE**
       **Thomas Vlachos  SSN:** ▓▓▓▓▓▓
       **Account Number 69015****
       **Alleged Balance $1,653**

To Whom it May Concern:

Your company has placed derogatory information on my credit report for the above referenced account.

The balance that your company claims against me is comprised largely of interest, finance charges, penalties or other fees not justified by any existing contract.

The amount stated on my credit report is excessive and inflated. I request proof of the contract justifying such charges. I also would like proof of the balance and a breakdown of all charges.

I have never been provided a copy of the contract which proves the interest rate, finance charges, late fees and other penalties. I dispute such amounts and believe that the actual balance, if any, is much lower than the amount stated on my credit report.

Sincerely,

Thomas Vlachos                            9/20/10
                                          Date

7010 1670 0001 2228 5169

CERTIFIED MAIL™

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7010 1670 0001 2228 5169

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To Credit First National Association
Street, Apt. No.; or PO Box No. 6275 Eastland Road
City, State, ZIP+4 Cleveland OH 44142

---

7010 0780 0001 7203 6222

CERTIFIED MAIL™

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7010 0780 0001 7203 6222

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To Credit First N.A. / Firestone
Street, Apt. No.; or PO Box No. P.O. Box 81315
City, State, ZIP+4 Cleveland, OH 44181

PS Form 3800, August 2006          See Reverse for Instructions



BK-13/Credit Operations • P.O. BOX 81801 • CLEVELAND, OHIO 44181-8011

September 29, 2010

Thomas A Vlachos
RR 4 Box 180A
Montrose, PA 18801

Reference: Credit First Account No. xxxxx6466

Dear Accountholder:

Thank you for your recent inquiry regarding your credit card account.

After researching your inquiry on the above referenced account, we have determined that the information being submitted to the credit bureaus is correct. This information accurately reflects the account history and cannot be changed.

We suggest you submit your explanation as part of your consumer statement to your local credit bureau to be kept on file.

Sincerely,

Credit First National Association

6275 Eastland Road   Brook Park   Ohio   44142

**Thomas Vlachos**
**RR 4, Box 180-A**
**Montrose, PA  18801**
████████████████████

Experian Information Services
P.O. Box 2002
Allen, TX  75013

Trans Union Corporation
P.O. Box 1000
Chester, PA 19022

Equifax Information Services
P.O. Box 740241
Atlanta, GA  30374

**Re:   DISPUTE**
**Thomas Vlachos  SSN:** ███████
**Credit First NA / Firestone     Account Number 69015\*\*\*\***
**Alleged Balance $1,653**

To Whom it May Concern:

Your company has placed derogatory information on my credit report for the above referenced account.

The balance that your company claims against me is comprised largely of interest, finance charges, penalties or other fees not justified by any existing contract.

The amount stated on my credit report is excessive and inflated.  I request proof of the contract justifying such charges.  I also would like proof of the balance and a breakdown of all charges.

I have never been provided a copy of the contract which proves the interest rate, finance charges, late fees and other penalties.  I dispute such amounts and believe that the actual balance, if any, is much lower than the amount stated on my credit report.

Sincerely,

Thomas Vlachos                    Date

# Experian

## Investigation results

### About our dispute verification process

This summary shows the revision(s) made to your credit file as a result of the verification we recently completed. If you still question an item, then you may want to contact the source of the information.

The federal Fair Credit Reporting Act states that you may:

- request a description of how we verified the information, including the business name and address contacted and the telephone number if reasonably available;
- add a statement disputing the accuracy or completeness of the information; and
- request that we send these results to organizations who have reviewed your credit report in the past two years for employment purposes or six months for any other purpose.

If no information follows, our response appeared on the previous page.

### How to read your results

**Deleted** - This item was removed from your credit report.

**Remains** - This item has been verified as accurate.

**Updated** - A change was made to this item; review this report to view the change. If ownership of the item was disputed, then it was verified as belonging to you.

**Reviewed** - This item was either updated or deleted; review this report to learn its outcome.

### Results

We completed investigating any items you disputed with the sources of the information and processed any other requests you made. Here are the results:

| Credit Items | Outcome |
| --- | --- |
| CREDIT FIRST N.A. | Updated |
| 690/5... | |

Visit experian.com/status to check the status of your pending disputes at any time

## Additional information

To view a full copy of your corrected credit report, visit experian.com/viewreport.

[ ] To receive a copy by mail, check this box and within 30 days return this original page to Experian, P.O. Box 9701, Allen, TX 75013. Copies will not be accepted.

### What's your credit score?

Find out by ordering your VantageScore® from Experian for only $7.95. To order your VantageScore, call 1 888 322 5583.

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

0029066961   L-949-15651-0102000

## Experian

## Credit items

**CREDIT FIRST NA/ FIRESTONE**
PO BOX 81315
CLEVELAND OH 44181
(800) 321-3950
*Partial account number*
69015....

| Date opened | Date of status | Type | Responsibility |
|---|---|---|---|
| Jul 1997 | Aug 2009 | Revolving | Individual |
| Reported since | Last reported | Terms | |
| Sep 2007 | Nov 2010 | NA | |
| | | Monthly payment | |
| | | NA | |

| Credit limit or original amount | Recent balance |
|---|---|
| NA | $1,653 as of |
| High balance | Nov 2010 |
| $1,653 | |

**Status:** Account charged off. $1,653 written off. $1,653 past due as of Nov 2010.

**Account history:**
Charge Off as of Nov 2010, Aug 2009
150 days past due as of Jul 2009
120 days past due as of Jun 2009
90 days past due as of May 2009
60 days past due as of Apr 2009
30 days past due as of Mar 2009
This account is scheduled to continue on record until Dec 2015.
This item was verified and updated on Nov 2010.
Address identification number: 3900609 8

## History of your account balances

**CREDIT FIRST NA/ FIRESTONE**
*Partial account number*
69015....

Balance history
Jul 2009: $1,653   Jun 2009: $1,653   May 2009: $1,588   Apr 2009: $1,524   Mar 2009: $1,460   Feb 2009: $1,401   Jan 2009: $1,342   Dec 2008: $1,335   Nov 2008: $1,135

*Between Nov 2008 and Jul 2009, your credit limit/high balance was $1,653*

IN THE COURT OF COMMON PLEAS
OF LACKAWANNA COUNTY, PENNSYLVANIA
CIVIL ACTION-LAW

Thomas Vlachos                          :
RR4, Box 180-A                          :
Montrose, PA 19343                      :
                          Plaintiff(s)  :
                                        :
Vs.                                     :
Credit First NA                         :
6275 Eastland Road                      :
Brook Park, OH 44142                    :
and                                     :
John Does 1-10                          :        Jury Trial Demanded
and                                     :
XYZ Corporations                        :
                          Defendant(s)  :

## Verification

I, Thomas Vlachos, verify that the statements contained in the complaint against the
Defendant(s) are true and accurate to the best of my knowledge, understanding and belief.


_____      9/17/11
Thomas Vlachos                    Date